Steven M. Schatz, State Bar No. 118356
Karen T. Stefano, State Bar No. 149536
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for
MERITECH CAPITAL PARTNERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNECTU LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, EDUARDO SAVERIN, DUSTIN MOSKOVITZ, ANDREW MCCOLLUM, CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>Counterclaimants. | CASE NO. C07-80057MISC. RMW<br><br>CASE NO. 1:04-cv-11923 DPW Pending in the United States District Court for the District of Massachusetts<br><br>District Judge Douglas P. Woodlock<br><br>Magistrate Judge Robert B. Collings<br><br>**CERTIFICATE OF SERVICE** |

I, Barbara A. Bahns, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

- **MERITECH CAPITAL PARTNERS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFF CONNECTU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FINANCIAL DOCUMENTS FROM MERITECH CAPITAL PARTNERS AND EXHIBIT 14 PURSUANT TO CIVIL L.R. 7-11 AND 79-5**
- **DECLARATION OF JOEL BACKMAN PURSUANT TO CIVIL LOCAL RULE 79-5(D) IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**
- **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFF CONNECTU'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FINANCIAL DOCUMENTS FROM MERITECH CAPITAL PARTNERS AND EXHIBIT 14 PURSUANT TO CIVIL L.R. 7-11 AND 79-5**
- **CERTIFICATE OF SERVICE**

☒ By consigning the document(s) to an express mail service for guaranteed next day delivery to the following person(s):

| | |
|---|---|
| Meredith Hope Schoenfeld<br>meredith.schoenfeld@finnegan.com<br>John F. Hornick john.hornick@finnegan.com<br>Margaret A. Esquenet<br>margaret.esquenet@finnegan.com<br>FINNEGAN HENDERSON FARABOW<br>GARRETT & DUNNER LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001 | Daniel K. Hampton<br>dan.hampton@hklaw.com<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue, 11th Floor<br>Boston, MA 02116 |
| | Jeremy P. Oczek joczek@proskauer.com<br>PROSKAUER ROSE LLP<br>One International Place, 14th Floor<br>Boston, MA 02110-2600 |

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| Monte Cooper mcooper@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015 | Robert B. Hawk<br>robert.hawk@hellerehrman.com<br>HELLER EHRMAN, LLP<br>275 Middlefield Road<br>Menlo Park, CA 94025 |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on February 28, 2007.

/s/ Barbara A. Bahns
Barbara A. Bahns

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

/s/ Karen T. Stefano
Karen T. Stefano