STEVEN M. SCHATZ, State Bar No. 118356
KAREN T. STEFANO, State Bar No. 149536
THOMAS J. MARTIN, State Bar No. 150039
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
Email: kstefano@wsgr.com
Email: tmartin@wsgr.com

Attorneys for Non-Parties
MERITECH CAPITAL PARTNERS, ACCEL PARTNERS, GREYLOCK PARTNERS and JAMES BREYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONNECTU LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBER, EDUARDO SAVERIN, DUSTIN MOSKOVITS, ANDREW McCOLLUM CHRISTOPHER HUGHES, and THEFACEBOOK, INC.,<br><br>Defendants.<br>_______________________________<br><br>MARK ZUCKERBERG and THEFACEBOOK, INC.,<br><br>Counterclaimants.<br>_______________________________ | CASE NO.: 5:07-mc-80057 RMW<br><br>Related Cases: 5:07-mc-80056 RMW<br>5:07-ms-80055 RMW<br>5:07-mc-80058 RMW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Karen T. Stefano, State Bar No. 149536, is leaving the law firm of Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, CA, 94304, telephone 650-493-9300. Appearing as SUBSTITUTION OF COUNSEL for Karen T. Stefano is Thomas J. Martin, State Bar No. 150039. Please direct all future mailings to Thomas J. Martin of Wilson Sonsini Goodrich & Rosati, who remains counsel of record for non-parties Meritech Capital Partners, Accel Partners, Greylock Partners and James W. Breyer.

Dated: August 29, 2007

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: *\/s/ Thomas J. Martin*
Thomas J. Martin

Attorneys for Non-Parties
MERITECH CAPITAL PARTNERS, ACCEL PARTNERS, GREYLOCK PARTNERS and JAMES BREYER